
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:25-00005 |
| v. | Filed Under Seal |
| JASON ALEXANDER JERKINS | |

## MOTION TO SEAL INDICTMENT

The United States moves this Court to place under seal the Indictment in this case. The United States requests a sealing of the Indictment to prevent the flight of the defendants, the potential destruction of evidence, and to ensure the safety of officers. Accordingly, there is good cause to seal this Indictment because premature disclosure may seriously jeopardize the investigation and officer safety.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

BY: /s Mitchell T. Galloway
Mitchell T. Galloway
Assistant U.S. Attorney
719 Church St., Suite 3300
Nashville, TN 37203-3870
Phone: (615) 736-5151
Email: Mitchell.galloway@usdoj.gov