CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony (X)
Misdemeanor ( )
Juvenile ( )

County of Offense: Williamson
AUSA's NAME: Galloway

Reviewed by AUSA: MTG
(Initials)

Jason Alexander Jerkins
Defendant's Full Name

_____
Defendant's Address

Luke Evans
Defendant's Attorney

Interpreter Needed? ___ Yes  X  No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1343 | Wire Fraud | 20 years | $250,000 or twice the gross gain or loss derived from the offense |
| 2 | 18 U.S.C. § 1957 | Money laundering | 10 years | $250,000 or twice the amount of the criminally derived property involved in the transaction |
| 3-7 | 26 U.S.C. § 7206(2) | Aiding and assisting the preparation of false tax returns | 3 years | $250,000 |

Is the defendant currently in custody?    Yes ( )   No (X)   If yes, State or Federal? Writ requested ( )

Has a complaint been filed?    Yes ( )   No (X)
    If Yes: Name of the Magistrate Judge _____   Case No.: _____
            Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( )   No ( )
    If Yes: Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ( )   No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( ) No (X)   To/from what district? _____
Is this a Rule 40? Yes ( ) No (X)   To/from what district? _____

Estimated trial time:   5 days

The Clerk will issue a **Summons/Warrant**   (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (X)  No ( )   Recommended conditions of release: _____